LEVINSON AXELROD, P.A.
Levinson Plaza
2 Lincoln Highway
P.O. Box 2905
Edison, New Jersey 08818
(732) 494-2727
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK, NEW JERSEY

| | |
|---|---|
| DOROTHY GROSSER and WILLIAM GROSSER, her husband : | CIVIL ACTION NO. 2:07-cv-619 |
| : Plaintiff(s), | Honorable Judge ~~Esther Salas, U.S.M.J.~~ *PETER G. SHERIDAN, USDJ* |
| vs. : | |
| WALMART, UNIDENTIFIED WALMART MANAGER, and/or JOHN DOES #1-10 (representing presently unidentified individuals or entities responsible for the ownership, operation, supervision, maintenance and control of the premises in question), : : : | **CONSENT ORDER TO REMAND TO THE SUPERIOR COURT OF NEW JERSEY, MIDDLESEX COUNTY** |
| Defendant(s) : | |

**THIS MATTER** having been brought before the Court by Gregg A. Williams, Esq. of Levinson Axelrod, P.A., attorneys for the plaintiffs and Richard D. Millet of Richard D. Millet & Associates, attorneys for defendant, and the parties hereby consenting to the entry of the within Order remanding this matter to the Superior Court of New Jersey, Middlesex County, Law Division, and the Court having considered the papers, and good cause having been shown,

**IT IS** on this _8th_ day of _May_, 2007,

**ORDERED** that this matter is hereby remanded to the Superior Court of New Jersey, Middlesex County, Law Division, Docket No. MID-L-10347-06

_____
HONORABLE ~~ESTHER SALAS~~ PETER G. SHERIDAN
UNITED STATES ~~MAGISTRATE~~ JUDGE
        DISTRICT

The undersigned hereby consent to the
Form and entry of the within Order:

Levinson Axelrod
Attorneys for Plaintiff

_____
By: Gregg A. Williams

Richard D. Millet & Associates, LLC
Attorneys for Defendant

_____
By: Richard D. Millet